IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ELOUISE SHANKS**                                                                                  **PLAINTIFF**

**V.**                                                                        **CIVIL ACTION NO. 4:05CV68LR**

**WYETH, a/k/a Wyeth, Inc., WYETH
PHARMACEUTICALS, INC. and
E.S.I. LEDERLE, INC.**                                                     **DEFENDANTS**

---

## ORDER STAYING ALL PROCEEDINGS

---

      This cause comes before the Court *sua sponte*. A review of the docket, in connection with granting the Wyeth Defendants' Motion for an Extension of Time to Answer, indicates that this case may be transferred to MDL. The Court finds in the interest of judicial economy that all proceedings in this matter should be stayed.

      IT IS, THEREFORE, ORDERED:

      1.     That all proceedings in this matter are hereby stayed, pending a consideration of the Defendants' notification to the MDL that this case qualifies as a "tag-along" action.

      2.     In the event this case is not transferred to MDL, counsel for the plaintiff(s) shall immediately contact the Court.

      IT IS SO ORDERED, this the 30th day of June, 2006.

                                                              S/John M. Roper
                                          UNITED STATES MAGISTRATE JUDGE